**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| JOSEPH TORRES, | |
| Plaintiff, | CIVIL ACTION NO.: 4:25-cv-96 |
| v. | |
| ANGEL WILLIAMS-PRIOLEAU, | |
| Defendant. | |

## O R D E R

Before the Court is a Stipulation of Dismissal, signed by counsel for Plaintiff and by counsel for Defendant, in which the parties stipulate to the dismissal of this matter.  (Doc. 16.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED**.  The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, (docs. 8 & 16), and to **CLOSE** this case.

**SO ORDERED**, this 24th day of September, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA